IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRENT DOUGLAS REEDY, Defendant. | CR 18-23-GF-BMM<br><br>**ORDER ON DEFENDANT'S MOTION TO VACATE TRIAL AND SET CHANGE OF PLEA** |
|---|---|

Defendant Brent Reedy's (Reedy) Motion to Vacate Trial and Set Change of Plea is now before the Court.

**IT IS HEREBY ORDERED** that the Motion to Vacate Trial and Set Change of Plea is **GRANTED**. **IT IS FURTHER ORDERED** that the Final Pretrial Conference and Jury Trial, set for Tuesday, November 13, 2018, at 1:30 p.m. are **VACATED**. **IT IS ALSO ORDERED** that the Change of Plea hearing be set for November 5, 2018 at 2:30 p.m.

**DATED this 31st day of October, 2018.**

Brian Morris
United States District Court Judge