# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT DOUGLESS REEDY,<br><br>Defendant, | CR-18-23-GF-BMM<br><br><br><br>**ORDER** |

Upon the motion of the United States and for good cause shown,

**IT IS ORDERED** that the Indictment is **DISMISSED** without prejudice.

The motions hearing and change of plea hearing scheduled for December 5, 2018, are **VACATED**.

DATED this 30th day of November, 2018.

_____
Brian Morris
United States District Court Judge

1